No. 93–5299. KENDALL v. KENDALL. Ct. App. Wash. Certiorari denied.

No. 93–5377. SWINNEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5485. SPEARS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5532. WASHINGTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5539. ANIMASHAUN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–5568. GAMBRAH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–5660. NYBERG v. SNOVER ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5683. SLOAN v. UNITED STATES;
No. 93–5699. DANIELS ET AL. v. UNITED STATES;
No. 93–5750. GRAY v. UNITED STATES; and
No. 93–5895. HENRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–5696. MAXWELL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–5703. MYRE v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 93–5718. RUTULANTE v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5722. RUPP v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 93–5778. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5803. HENDERSON v. BANK OF NEW ENGLAND. C. A. 9th Cir. Certiorari denied.